IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CADIZ LLC, | ) | |
| Plaintiff, | ) | 4:05cv3179 |
| v. | ) | |
| CLARENCE GRENDAHL, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 9 be stricken from the record for the following reason(s):

- Duplicate document of number 8.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 9 from the record.

DATED this 25th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge