IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADIZ LLC, | |
| Plaintiff, | 4:05CV3179 |
| v. | |
| CLARENCE GRENDAHL, and MICHELLE GRENDAHL, | ORDER |
| Defendants. | |

Upon the suggestion in bankruptcy filed by defendant Clarence Grendahl, filing 14,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska.

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 30th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge