IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADIZ, L.L.C., a Nebraska Limited Liability Company, | ) ) ) |
| Plaintiff, | ) 4:05CV3179 ) ) |
| v. | ) **REASSIGNMENT ORDER** ) |
| CLARENCE GRENDAHL and MICHELLE GRENDAHL, a/k/a MICHELE KOBZA, | ) ) ) |
| Defendants. | ) |

This case was previously referred to the United States Bankruptcy Court. The Chief Judge of the United States Bankruptcy Court now recommends to the United States District Court for the District of Nebraska that it withdraw reference of this case to permit the plaintiff and the non-debtor party to proceed with their litigation in district court.

A Consent to Exercise of Jurisdiction by United States Magistrate Judge has not been filed. Accordingly,

IT IS ORDERED that this case is reassigned to Senior District Judge Warren K. Urbom for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 6th day of February, 2006.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court