IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CADIZ LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3179 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE GRENDAHL, and | ) | MEMORANDUM AND ORDER ON |
| MICHELLE GRENDAHL, | ) | REPORT AND RECOMMENDATION |
| | ) | |
| Defendants. | ) | |
| | ) | |

After this case was referred to the bankruptcy court for review, the plaintiff, Cadiz, L.L.C., filed a motion for withdrawal of the reference. On January 23, 2006, Chief Judge Timothy J. Mahoney of the United States Bankruptcy Court for the District of Nebraska recommended that the reference be withdrawn "to permit the plaintiff and the non-debtor party to proceed with their litigation in the district court." (See Report and Recommendation, filing 16, at 2.)  Pursuant to Nebraska General Rule 1.5(b)(2), "The district court may adopt the report and recommendation if the parties file no objections within fifteen (15) days of service."  Fifteen days have now passed since the Report and Recommendation was filed and electronically served upon all counsel of record, (see filing 16; see also Cadiz, L.L.C. v. Grendahl et al. (In re Grendahl), No. A05-4071 (Bankr. D. Neb. Jan. 23, 2006) (report and recommendation); NeCivR 5.2), and no objections have been filed.

**IT IS THEREFORE ORDERED** that the chief bankruptcy judge's report and recommendation, filing 16, is adopted, and the reference is withdrawn so that the plaintiff may proceed with his case against Defendant Michelle Grendahl.

Dated February 9, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge

1

Dockets.Justia.com