Cadiz LLC v. Grendahl            Doc. 21

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CADIZ LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3179 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE GRENDAHL, and MICHELLE GRENDAHL, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by March 06, 2006, file their Report of Parties' Planning Conference.

DATED February 14, 2006.

                                    /s/ David L. Piester
                                    United States Magistrate Judge