IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CADIZ LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3179 |
| | ) | |
| v. | ) | |
| | ) | |
| CLARENCE GRENDAHL, and MICHELLE GRENDAHL, | ) ) | ORDER |
| | ) | |
| Defendants. | ) ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with <u>Fed. R. Civ. P.</u> 26(f) and, by March 06, 2006, file their Report of Parties' Planning Conference.

DATED February 14, 2006.

/s/ *David L. Piester*
United States Magistrate Judge