```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| CADIZ LLC, a Nebraska Limited Liability Company, | ) ) |
| Plaintiff, | ) 4:05CV3179 ) |
| v. | ) ) ORDER |
| CLARENCE GRENDAHL, an individual, and MICHELLE GRENDAHL, a/k/a MICHELLE KOBZA, an individual. | ) ) ) ) |
| Defendants. | ) ) |

IT IS ORDERED:

Plaintiff's motion for time, filing 22, is granted and,

1. The deadline for plaintiff to serve process on defendant Michelle Grendahl, a/k/a Michelle Kobza, is extended to May 1, 2006.

2. The Rule 26(f) report is due ten (10) days after counsel or defendant Kobza enters an appearance.

DATED this 6th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge