IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CADIZ LLC, a Nebraska Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>CLARENCE GRENDAHL, an individual, and MICHELLE GRENDAHL, an individual,<br><br>Defendants. | Case No. 4:05cv3179<br><br>**ORDER ON<br>JOINT STIPULATION FOR<br>DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. The Court, being fully advised in the premises, grants said dismissal.

IT IS THEREFORE ORDERED, that the Plaintiff's Complaint is dismissed with prejudice, each party to bear its own costs and expenses, complete record waived.

DATED: June 13, 2007.

By the Court:

_____
The Honorable Warren K. Urbom

1